Date: 08/28/09

Rec # 1256

**DIVIDENDS REMITTED TO THE COURT**

Check Number 2019 Dated 08/28/09

Case Number 08-31988 - HOANG, THANH

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **American Express Centurion Bank** <br> **c/o Becket and Lee LLP** <br> **POB 3001** <br> **Malvern PA 19355-0701** <br>    2003 | 000005 | 66.01 | 1.36 |
| ---------- Remittance Total ---------- | | 66.01 | 1.36 |

MICHAEL J. IANNACONE, Trustee

RECEIVED
09 AUG 31 AM 11:29
U.S. BANKRUPTCY COURT
ST. PAUL, MN

COURT1

Printed: 08/28/09 10:09 AM   Ver: 14.31c